**ADAM AXELRAD, CSB 148981**
ATTORNEY AT LAW
3019 Ocean Park Blvd., # 134
Santa Monica, CA  90405
(310) 922-3315
aaxelrad@hotmail.com

Attorney for defendant Carlos Cercado

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS VICTOR MESTANZA CERCADO, et al.,<br><br>Defendants. | Case No. 25-CR-00198-KK-1<br><br>ORDER GRANTING DEFENDANT CARLOS CERCADO'S EX-PARTE APPLICATION RE PREPARATION OF A PRE-PLEA REPORT |
|---|---|

GOOD CAUSE appearing therefor, IT IS ORDERED THAT the United States Probation Office prepare a pre-plea report for defendant CARLOS CERCADO, limited to criminal history and career offender status, and without interview of the defendant.

///

///

///

1    IT IS FURTHER ORDERED that the Probation Office provide counsel for

2  defendant Cercado copies of the criminal history or other records or documents that it

3  considers or uses to prepare the report on defendant Cercado.

4  DATED:  September 4, 2025

6    HON. KENLY KIYA KATO
   United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2